# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNT SHAWNCHRISTOPHER1 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Case No. 2:21-mj-00388-VCF<br><br>**ORDER** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this <u>19</u> day of September, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2